■■■

Same case below, 364 Fed. Appx. 46.

**No. 09-10452. Javier Gonzalez, Petitioner v. Walter A. McNeil, Secretary, Florida Department of Corrections, et al.**

561 U.S. 1031, 130 S. Ct. 3514, 177 L. Ed. 2d 1101, 2010 U.S. LEXIS 5382.

June 28, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

■■■

**No. 09-10454. Anthony Falso, Petitioner v. Salzman Group, Inc.**

561 U.S. 1031, 130 S. Ct. 3514, 177 L. Ed. 2d 1101, 2010 U.S. LEXIS 5388.

June 28, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Second Circuit denied.

Same case below, 327 Fed. Appx. 303.

■■■

**No. 09-10458. Richard Martinez, Petitioner v. Aristedes W. Zavaras, Executive Director, Colorado Department of Corrections, et al.**

561 U.S. 1031, 130 S. Ct. 3515, 177 L. Ed. 2d 1101, 2010 U.S. LEXIS 5429.

June 28, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Tenth Circuit denied.

■■■

**No. 09-10465. Alfonzo Bailey, Petitioner v. Gene M. Johnson, Director, Virginia Department of Corrections.**

561 U.S. 1031, 130 S. Ct. 3515, 177 L. Ed. 2d 1101, 2010 U.S. LEXIS 5520.

June 28, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

■■■

**No. 09-10469. Craig L. Bowens, Petitioner v. California.**

561 U.S. 1031, 130 S. Ct. 3515, 177 L. Ed. 2d 1101, 2010 U.S. LEXIS 5391.

June 28, 2010. Petition for writ of certiorari to the Court of Appeal of California, First Appellate District, denied.

■■■

**No. 09-10475. Dexter Darnell Johnson, Petitioner v. Texas.**

561 U.S. 1031, 130 S. Ct. 3515, 177 L. Ed. 2d 1101, 2010 U.S. LEXIS 5495.

June 28, 2010. Petition for writ of certiorari to the Court of Criminal Appeals of Texas denied.

■■■

**No. 09-10480. Tony A. Wilson, Petitioner v. Howard E. Emond, Jr.**

561 U.S. 1031, 130 S. Ct. 3516, 177 L. Ed. 2d 1101, 2010 U.S. LEXIS 5363.

June 28, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Second Circuit denied.

Same case below, 373 Fed. Appx. 98.

■■■

**No. 09-10497. Kerry Perez, Petitioner v. Ohio.**

561 U.S. 1031, 130 S. Ct. 3516, 177 L. Ed. 2d 1101, 2010 U.S. LEXIS 5330.

June 28, 2010. Petition for writ of certiorari to the Supreme Court of Ohio denied.